IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-172-BO-8

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CLEVELAND MYLES, | ) | |
| Defendant | ) | |

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion to Schedule Sentencing Hearing.

The Motion is ALLOWED. Sentencing is scheduled for the __July 26__, 2017 term of Court in __Raleigh__, North Carolina.

This the _11_ day of July, 2017.

_____
THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE