UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Cleveland Myles**  Docket No. 5:15-CR-172-8BO

### Petition for Action on Supervised Release

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cleveland Myles, who, upon an earlier plea of guilty to 21 U.S.C.§§ 846, 841(a)(1), and 841(b)(1)(C), Conspiracy to Distribute and Possess with Intent to Distribute a Quantity of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 26, 2017, to the custody of the Bureau of Prisons for a term of Time Served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Cleveland Myles was released from custody on July 26, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 9, 2018, in Rowan County, North Carolina, Jones committed the offenses of Driving While Impaired (18 CR 552414), and No Operators License and Failure to Wear Seatbelt (18 CR 705981). As a punitive sanction for this conduct, we are requesting the court to impose 24 hours of community service. Additionally, it is requested the conditions be modified to include our standard drug aftercare condition.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Marla Bianco
Marla Bianco
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2535
Executed On: June 14, 2018

Cleveland Myles
Docket No. 5:15-CR-172-8BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __15__ day of __June__, 2018, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge